# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 21-cv-01077-RM

UNITED STATES OF AMERICA,

    Petitioner,

v.

BOULDER MANSION LLC, and
DAVID ZOOK,

    Respondents.

---

## ORDER TO SHOW CAUSE

---

This matter is before the Court on the United States of America's Petition for Order Enforcing Toxic Substances Control Act Subpoena (the "Petition") (ECF No. 1). After considering the Petition, and attachments, it is hereby ORDERED that:

(1) A copy of this Order to Show Cause, together with the Petition, Declaration of Kristin Jendrek, and subpoena *duces tecum*, shall be served upon Respondents in accordance with Fed. R. Civ. P. 4 within 21 days of the date of this Order to Show Cause or as soon as possible;

(2) That proof of service done in accordance with paragraph 1 above shall be filed with the Clerk of the Court as soon as practicable;

(3) That within 21 days of service upon Respondents, in accordance with paragraph 1 above, Respondents shall SHOW CAUSE, in writing, as to why they should not be compelled to comply with and obey the United States Environmental Protection Agency's subpoena *duces tecum* served upon them;

(4) That Petitioner may file a reply within 14 days of the filing of any response; and

(5) That the failure to respond to this Order to Show Cause by Respondents will result in the Court making a determination on the Petition without Respondents' input.

DATED this 20th day of April, 2021.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge